**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nahla Fadel, also known as Nahla Saad, Adnan Michel Saad, | No. CV 26-02204 PHX SMB (CDB) |
| Petitioners, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

In an order entered April 3, 2026, the Court ordered counsel for Petitioners to "immediately serve the Petition (Doc. 1) upon Respondents." (ECF No. 4 at 2). To date there is no return of service as executed in the docket in this matter. Accordingly,

**IT IS ORDERED that** Petitioners' counsel shall have until **April 24, 2026**, to advise as to the status of service in this matter.

Dated this 16th day of April, 2026.

Camille D. Bibles
United States Magistrate Judge